**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

**F I L E D**

2/19/10

Clerk, U.S. Bankruptcy Court
Western District of Missouri

In Re: James B Laird and Karen C. Laird
      Debtor

Case No.: 07−60095−abf13

Chapter: 13

**ORDER OF DISMISSAL**
**WITHOUT PREJUDICE**

    On the motion of the Trustee and for good cause shown, it is hereby ORDERED that this proceeding be dismissed without prejudice.

    If the debtor owed filing fees at the time of dismissal, those fees are immediately due and payable.

    So ORDERED on 2/19/10 .

Dated: 2/19/10

/s/ Arthur B. Federman
_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0866-6          User: stanleys              Page 1 of 1                   Date Rcvd: Feb 19, 2010
Case: 07-60095               Form ID: 500                Total Noticed: 27


The following entities were noticed by first class mail on Feb 21, 2010.
db/jdb       +James B Laird,    Karen C. Laird,    2146 N. Hazeltine Road,    Brookline Station, MO 65619-9195
12068589      Asset Acquisition Group %,    Daniel Rabin,    10670 Barkley,    P.O. Box 11311,
               Overland Park KS 66207-1011
12068590      Capital One Bank,    P.O. Box 85015,    Richmond VA 23285-5015
12083186     +Capital One Bank,    C/O Tsys Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
12068591     +Cox Medical Centers,    1423 N. Jefferson,    Springfield MO 65802-1917
12079569     +Empire Bank,    1800 S. Glenstone,    Springfield, MO 65804-2361
12068592     +Empire Bank,    P.O. Box 3397,    Springfield MO 65808-3397
12075072      Empire Bank,    c/o Mark L. McQueary, Esq.,    Neale & Newman, L.L.P.,    P. O. Box 10327,
               Springfield, MO 65808-0327
12068593     +Ford Motor Credit Company,    P.O. Box 152271,    Irving TX 75015-2271
12180901     +Ford Motor Credit Company LLC,,    a Delaware limited liability company,    701 Market, Ste. 1400,
               St. Louis, MO 63101-1868
12068595    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114
             (address filed with court: IRS/Special Procedures,    Stop 5027STL,    P.O. Box 66778,
               Saint Louis MO 63166-0000)
12068596     +Missouri Department of Revenue,    P.O. Box 200,    Kansas City MO 64141-6200
12068597     +North East Credit Collection,    P.O. Box 18036,    Hauppauge NY 11788-8836
12095262    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12914,
               Norfolk, Va 23541)
12785024      Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA 23541-1067
12068598     +St. John's Regional Health Center,    1235 E. Cherokee,    Springfield MO 65804-2203
12121209    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank, N.A.,    SL-MO-8255,    417 St. Louis St.,
               Springfield, MO 65806)
12081330    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank, NA,    4801 Frederica Street,    Owensboro, KY 42301)
12068599      US Bank,    P.O. Box 790401,    Saint Louis MO 63179-0401
12068600     +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro KY 42301-7441
12068601     +Vital Recovery Services,    P.O. Box 923747,    Norcross GA 30010-3747
The following entities were noticed by electronic transmission on Feb 19, 2010.
smg           E-mail/Text: ecfnotices@dor.mo.gov                            Missouri Department of Revenue,
               General Counsel's Office,    PO Box 475,    Jefferson City, MO  65105-0475
12069493     +E-mail/PDF: BNCEmails@blinellc.com Feb 20 2010 01:28:54     B-Line, LLC/Sherman Acquisition, LLC,
               FIRST USA (WH),    Mail Stop 550,    2101 Fourth Ave., Suite 1030,    Seattle, WA 98121-2317
12128830      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12195655     +E-mail/Text: ecfnotices@dor.mo.gov                            Missouri Department of Revenue,
               P.O. Box 475,    Jefferson City, MO 65105-0475
12844196     +E-mail/Text: bknotice@ncmllc.com                              National Capital Management, LLC,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
12262084      E-mail/PDF: BNCEmails@blinellc.com Feb 20 2010 01:28:54     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA  98111-9221
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12068594*    +Ford Motor Credit Company,    P.O. Box 152271,    Irving TX 75015-2271
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2010**               **Signature:**    *Joseph Speetjens*